IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH N. MONTELEONE,
    Plaintiff,

vs.                                                       Case No. 5:09cv244/RS/EMT

D. SPEIGNER, et al.,
    Defendants.
_____/

**ORDER**

       This cause is before the court upon Plaintiff's "Motion Requesting Court's Disposition and Ruling on Civil Complaint" (Doc. 26).

       The motion is denied. Plaintiff is advised that, pursuant to 28 U.S.C. § 1915A, the court will review his complaint as expeditiously as possible. Plaintiff will be informed when the court has completed its review and has determined whether amendment, dismissal, or service of the complaint is appropriate.

       The court notes that Plaintiff has not provided the court with information regarding his financial status since July 2009. Accordingly, Plaintiff shall be required to submit a statement from his inmate trust fund account for the period July 11, 2009, through the date of docketing of this order. If the statement indicates that Plaintiff has no funds accrued in his account, the court shall permit him to continue to proceed without payment of the initial partial filing fee. If, however, the updated statement shows monies have been deposited into Plaintiff's account he will be required to submit an initial partial filing fee and to make monthly payments toward his filing fee debt before this case may go forward. Section 1915(b)(2), under which Plaintiff has been permitted to proceed in forma pauperis,

       places on the prisoner a responsibility to remit [monthly payments totaling 20% of

each month's income] — no greater [amount], but no less either. A prisoner who fails to ensure that the required sum is remitted in one month must make it up later; the statute does not allow deferral past the time when application of the formula would have produced full payment. . . . An erroneously small payment in a given month postpones collection of that month's installment, but it does not extend the time to complete payment.

Lucien v. DeTella, 141 F.3d 773, 776 (7th Cir. 1998).

Accordingly, it is **ORDERED**:

1. Plaintiff's "Motion Requesting Court's Disposition and Ruling On Civil Complaint" (Doc. 26) is **DENIED**.

2. Plaintiff shall have **THIRTY (30) DAYS** in which to file an updated inmate trust fund account statement from every institution at which he has been incarcerated since July 11, 2009, which reflects all transactions in his account from July 11, 2009, through the date of docketing of this order.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

**DONE AND ORDERED** this 27th day of July 2010.

                                              */s/ Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**