**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JOSEPH N. MONTELEONE,**

    **Plaintiff,**

vs.                                                                    CASE NO. 5:09-cv-244/RS-EMT

**D. SPEIGNER, et. al.,**

    **Defendants.**

_____ /

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 51). Plaintiff has not responded.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to voluntarily dismiss the complaint (Doc. 50) is **GRANTED**.

3. The case is **DISMISSED** without prejudice.

**ORDERED** on November 3, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK
                                                  UNITED STATES DISTRICT JUDGE**